UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BERMAN,

Plaintiff(s),

v.

OPENTV CORP., LIBERTY MEDIA
CORPORATION, et al.,

Defendant(s).

CASE NO. c 09-04065 JL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)*  Private mediation; the parties will agree to a mutually acceptable mediator

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  July 16, 2010

Dated: 11-18-09

Attorney for Plaintiff  JOHN L. BERMAN

Dated: 11-18-09

Attorney for Defendants
OPENTV CORP. AND LIBERTY
MEDIA CORPORATION

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   July 16, 2010

IT IS SO ORDERED.

Dated: November 20, 2009

                                                *James Larson*
                                      UNITED STATES MAGISTRATE JUDGE