IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN, | No. C-09-4065 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| OPENTV CORP., et al., | |
| Defendants | |

Before the Court is plaintiff's response to the Court's January 29, 2010 order directing plaintiff to show cause why sanctions should not be imposed for his failure to appear at the January 29, 2009 Case Management Conference.[1]

Having read and considered plaintiff's response, the Court finds the failure to appear to have been the result of an oversight and, under the circumstances presented, declines to impose sanctions.

Accordingly, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: February 4, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The response was electronically filed on February 2, 2010.