BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: kevin.cadwell@bakerbotts.com

Attorneys for Defendants OpenTV Corp.,
Liberty Media Corporation, and Wink
Communications, Inc.

John L. Berman
749 Sunshine Drive
Los Altos, CA 94024
Telephone: (650) 950-7879
Plaintiff in pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>OPENTV CORP., LIBERTY MEDIA CORPORATION, WINK COMMUNICATIONS, INC., and DOES 1-30,<br><br>    Defendants. | Case No. C 09-04065 MMC<br><br>**[PROPOSED] ORDER ON RENEWED STIPULATION TO CHANGE TRIAL DATE**<br><br>**JURY TRIAL DEMANDED**<br><br>The Honorable Maxine M. Chesney<br>United States District Magistrate Judge<br>Courtroom 7, 19th Floor |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

   1. The trial is hereby CONTINUED to Tuesday, September 6, 2011, and the Pretrial Conference is hereby CONTINUED to August 16, 2011.

   2. If the parties seek a continuance of any of the other dates set forth in the Court's Pretrial Preparation Order filed February 2, 2010, the parties shall submit a stipulation setting forth, in full, such proposed amended schedule.

Dated: March 15, 2010

_____
HON. MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER ON RENEWED STIPULATION
TO CHANGE TRIAL DATE                                           Case No. C 09-04065 MMC