1 | BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
2 | Kevin E. Cadwell (SBN 255794)
620 Hansen Way
3 | Palo Alto, CA 94304
Telephone: (650) 739-7500
4 | Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
5 | Email: kevin.cadwell@bakerbotts.com

6 | Attorneys for Defendants OpenTV Corp.,
Liberty Media Corporation, and Wink
7 | Communications, Inc.

8 | John L. Berman
749 Sunshine Drive
9 | Los Altos, CA 94024
Telephone:  (650) 950-7879
10 | Plaintiff in pro per

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

| | |
|---|---|
| JOHN BERMAN, | Case No. C 09-04065 MMC |
| Plaintiff, | **[PROPOSED] ORDER ON RENEWED STIPULATION TO CHANGE TRIAL DATE** |
| v. | |
| OPENTV CORP., LIBERTY MEDIA CORPORATION, WINK COMMUNICATIONS, INC., and DOES 1-30, | **JURY TRIAL DEMANDED** |
| Defendants. | The Honorable Maxine M. Chesney United States District Magistrate Judge Courtroom 7, 19th Floor |

21

22 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

23 |    1.  The trial is hereby CONTINUED to Tuesday, September 6, 2011, and the Pretrial
Conference is hereby CONTINUED to August 16, 2011.

24

25 |    2.  If the parties seek a continuance of any of the other dates set forth in the Court's Pretrial
Preparation Order filed February 2, 2010, the parties shall submit a stipulation setting forth, in
26 | full, such proposed amended schedule.

Dated: March  15 , 2010

27 | HON. MAXINE M. CHESNEY
United States District Judge

28

[PROPOSED] ORDER ON RENEWED STIPULATION
TO CHANGE TRIAL DATE

Case No. C 09-04065 MMC