IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2010 MAR 30 P 4: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT C...

JOHN BERMAN,

    Plaintiff,

v.

OPENTV CORP., et al.,

    Defendant.

CASE NO. C 09-04065 MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Melissa Armstrong, whose business address and telephone number is

Baker Botts LLP
2100 Ross Avenue, Suite 600, Dallas, Texas 75201
214-953-6869

and who is an active member in good standing of the bar of the State of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant OpenTV Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 1, 2010

_____
United States District Judge