|   |   |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | Bryant C. Boren Jr. (SBN 260602)<br>Kevin E. Cadwell (SBN 255794) |
| 3 | 620 Hansen Way<br>Palo Alto, CA 94304 |
| 4 | Telephone: (650) 739-7500<br>Facsimile : (650) 739-7699 |
| 5 | Email: bryant.c.boren@bakerbotts.com<br>Email: kevin.cadwell@bakerbotts.com |

Attorneys for Defendants OpenTV Corp., Liberty Media Corporation, and Wink Communications, Inc.

John L. Berman
749 Sunshine Drive
Los Altos, CA 94024
Telephone:  (650) 950-7879
Plaintiff in pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOHN BERMAN,<br><br>         Plaintiff,<br><br>  v.<br><br>OPENTV CORP., LIBERTY MEDIA CORPORATION, WINK COMMUNICATIONS, INC., and DOES 1-30,<br><br>         Defendants. | Case No. C 09-04065 MMC<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br>The Honorable Maxine M. Chesney<br>United States District Judge<br>Courtroom 7, 19th Floor |
|---|---|

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified below.

THE FOLLOWING SCHEDULE SHALL GUIDE THIS CAUSE:

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | August 13, 2010 |
| Deadline to File Responses to Amended Pleadings | August 27, 2010 |

[PROPOSED] ORDER ON STIPULATION TO
AMEND SCHEDULING ORDER                                              Case No. C 09-04065 MMC

| | | |
|---|---|---|
| 1 | Deadline to Inform Court Re: Infringement & Invalidity Contentions. | August 27, 2010 |
| 2 | Deadline for Private Mediation | ~~March 18, 2011~~ February 18, 2011 |
| 3 | Close of Fact Discovery | ~~April 15, 2011~~ March 18, 2011 |
| 4 | Designation of Expert Witnesses and Exchange of Initial Reports | ~~May 20, 2011~~ April 8, 2011 |
| 5 | Designation of Rebuttal Expert Witnesses and Exchange of Rebuttal Reports | ~~June 17, 2011~~ May 6, 2011 |
| 6 | Close of Expert Discovery | ~~June 24, 2011~~ May 13, 2011 |
| 7 | Dispositive and *Daubert* Motions Due | ~~July 1, 2011~~ May 27, 2011 |
| 8 | Opposition to Dispositive or *Daubert* Motions Due | ~~July 15, 2011~~ June 10, 2011 |
| 9 | Reply ISO Dispositive or *Daubert* Motions Due | ~~July 22, 2011~~ June 17, 2011 |
| 10 | Joint Statement Due | ~~July 22, 2011~~ May 27, 2011 |
| 11 | Further Status Conference | ~~July 29, 2011~~ June 3, 2011 |
| 12 | Deadline for Hearing for Dispositive or *Daubert* Motions | ~~August 5, 2011~~ July 1, 2011 |
| 13 | Meet and Confer | ~~August 12, 2011~~ July 11, 2011 |
| 14 | Pre-trial Conference | August 16, 2011 |
| 15 | Trial | September 6, 2011 |

Dated: May 14, 2010

HON. MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER ON STIPULATION TO
AMEND SCHEDULING ORDER

-2-

Case No. C-09-4065 MMC