BAKER BOTTS L.L.P.
Kevin E. Cadwell (SBN 255794)
Melissa Armstrong, *pro hac vice* (TX SBN 24050234)
620 Hansen Way
Palo Alto, CA 94304
Phone: (650) 739-7500
Fax: (650) 739-7699
Email: kevin.cadwell@bakerbotts.com
Email: melissa.armstrong@bakerbotts.com

Attorneys for Defendants
OPENTV CORP., LIBERTY MEDIA CORP.,
AND WINK COMMUNICATIONS INC.

John L. Berman
749 Sunshine Drive
Los Altos, CA 94024
Telephone: (650) 950-7879
Plaintiff in pro per

**GRANTED**
Judge Maxine M. Chesney
August 26, 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN BERMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>OPENTV CORP., LIBERTY MEDIA CORPORATION, WINK COMMUNICATIONS, INC., and DOES 1-30,<br><br>            Defendants. | Case No. C 09-04065 MMC<br><br>**NOTICE OF CONTINUANCE OF HEARING ON OPENTV CORP.'S, LIBERTY MEDIA CORP.'S, AND WINK COMMUNICATIONS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**JURY TRIAL DEMANDED**<br><br>The Honorable Maxine M. Chesney<br>United States District Magistrate Judge<br>Courtroom 7, 19th Floor |

Pursuant to Local Rule 7-7, Plaintiff John Berman and Defendants OpenTV Corp., Liberty Media Corporation, and Wink Communications, Inc. respectfully submit the following Notice of Continuance of Hearing on Defendants' Motion for Partial Summary Judgment.

On August 20, 2010, Defendants OpenTV Corp., Liberty Media Corp. and Wink Communications Inc. filed a Notice of Motion and Motion for Partial Summary Judgment. Defendants' Motion is set currently for hearing September 24, 2010 at 9:00 a.m.

1   Plaintiff John Berman states that he has a conflict on September 24, 2010 and is unable to
2   attend the hearing at that time.  Good cause exists to modify the hearing date, and Plaintiff states
3   that this request is not made for the purposes of delay.  The parties further have conflicts October
4   1, 2010.

5   Accordingly, the parties have agreed to continue the hearing on Defendants' Motion until
6   **October 8, 2010 at 9:00 a.m.**  The parties have further agreed that Plaintiff's opposition to the
7   Motion will be due September 10, 2010, and Defendants' reply will be due September 24, 2010.

8   A proposed order continuing the hearing is attached.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 26, 2010 | Respectfully submitted, |
| 3 | | BAKER BOTTS L.L.P. |
| 4 | | By: _____ |
| 5 | | Kevin E. Cadwell |
| | | Attorneys for Open TV Corp., |
| 6 | | Liberty Media Corporation and |
| 7 | | Wink Communications, Inc. |
| 8 | | _____ |
| | | John Berman, Plaintiff in pro per |

-3-

NOTICE OF CONTINUANCE OF HEARING DATE                     Case No. C-09-4065 MMC