IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>OPENTV CORP., LIBERTY MEDIA CORPORATION, WINK COMMUNICATIONS, INC., and DOES 1-30<br><br>    Defendants. | No. C-09-4065 MMC<br><br>**ORDER VACATING OCTOBER 8, 2010 HEARING ON PLAINTIFF'S MOTION TO REMAND; PLAINTIFF'S ALTERNATIVE MOTION TO CONSIDER FIRST AMENDED COMPLAINT FOR JURISDICTION DETERMINATION AND REMAND; DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    Before the Court are plaintiff's Motion to Remand, plaintiff's Alternative Motion to Consider First Amended Complaint for Jurisdiction Determination and Remand, both filed September 3, 2010, and defendants OpenTV Corp., Liberty Media Corp., and Wink Communications, Inc.'s Motion for Partial Summary Judgment, filed August 30, 2010. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearings scheduled for October 8, 2010.

    **IT IS SO ORDERED.**

Dated: October 6, 2010

                                                      MAXINE M. CHESNEY
                                                      United States District Judge